

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Yahel Eliyah McDaniel,

\* From the 91st District Court
of Eastland County,
Trial Court Nos. 25663, 25665,
25668, 25760, & 25960.

Vs. No. 11-21-00082-CR

\* September 26, 2024

The State of Texas,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.